AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Middle District of Georgia

> **RECEIVED**
> By US Marshals Service at 10:01 am, Jul 15, 2026

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 7:26-CR-00019-WLS-ALS |
| | ) | |
| | ) | 2620-0715-1140-US |
| | ) | FID# |
| BRADY HART | ) | USMS# |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRADY HART                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Sex Trafficking of a Child
Kidnapping
Transportation of a Minor

Date:     July 15, 2026                    s/ Angelica E. Niccolai
                                          *Issuing officer's signature*

City and state:   Athens, Georgia              Angelica E. Niccolai, Deputy Clerk
                                          *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                   _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |